NEFF v. SMITH. (Circuit Court of Appeals, Eighth Circuit. December 13, 1916.) No. 4701. Appeal from the District Court of the United States for the District of Kansas. George F. Beatty, of Salina, Kan., for appellant. I. A. Smith, of Kansas City, Kan., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, for failure to file brief for appellant, pursuant to rule 24.

---

O'NEILL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. November 20, 1916.) No. 4841. In Error to the District Court of the United States for the District of Minnesota. Albert R. Allen, of Fairmont, Minn., and Charles M. Oneill, of Duluth, Minn., for plaintiff in error. Alfred Jaques, U. S. Atty., of Duluth, Minn.

PER CURIAM. Cause docketed and writ of error dismissed, without costs to either party in this court, on motion of defendant in error and stipulation of parties.

---

POMATI v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3060. Appeal from the District Court of the United States for the Second Division of the Northern District of California. John W. Preston, U. S. Atty., and Ed. F. Jared, Asst. U. S. Atty., both of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered, appeal dismissed for noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

---

R. WILLIAMSON & CO. v. LUMINOUS UNIT CO. (Circuit Court of Appeals, Seventh Circuit. October 18, 1917.) No. 2495. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. Suit by the Luminous Unit Company against R. Williamson & Co. From a decree for complainant (241 Fed. 265), defendant appeals. Affirmed. Carlos S. Andrews and A. Miller Belfield, both of Chicago, Ill., for appellant. Harry Lea Dodson, of Chicago, Ill., for appellee. Before BAKER and ALSCHULER, Circuit Judges.

PER CURIAM. The decree appealed from found valid and infringed United States patent No. 1,076,418, October 21, 1913, to Guth, for new lighting fixture, and found valid, but not infringed, United States patent No. 1,082,322, December 23, 1913, to Guth, in the same art, and found appellant guilty of unfair competition against appellee in making and marketing a fixture which resembles appellee's product and ordered injunction and accounting. The record satisfies us that the inventions for which the said patents were granted show some patentable advance even in this very much crowded art, that appellant's infringement of the first-named patent is plainly apparent, and that unfair competition appears in the very close simulation by appellant of appellee's product in respect to unessential and nonfunctional details. We find that the issues presented by this controversy were properly disposed of by the decree entered in the District Court, and that decree is accordingly affirmed.